No. 93–1309. LOUIS DREYFUS CORP. ET AL. *v.* EBANKS ET AL. Sup. Ct. La. Certiorari denied.

No. 93–1312. AUTHEMENT, ADMINISTRATRIX OF THE SUCCESSION OF AUTHEMENT, ET AL. *v.* CITGO PETROLEUM CORP. C. A. 5th Cir. Certiorari denied.

No. 93–1321. FUTUREGRAPHICS, LTD. *v.* EASTMAN KODAK CO.; and FRENCH *v.* EASTMAN KODAK CO. Ct. App. Mich. Certiorari denied.

No. 93–1332. VANOVER ET AL. *v.* LAMPKIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1336. ROGERS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 93–1343. YATER ET AL. *v.* HANCOCK COUNTY PLANNING COMMISSION. Ct. App. Ind. Certiorari denied.

No. 93–1345. MADONIA *v.* BLUE CROSS & BLUE SHIELD OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 93–1382. CRAIG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–1396. COSTANZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–1417. LIPOVSKY *v.* CARTER, INDIVIDUALLY AND AS UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–1419. DODDS *v.* CIGNA SECURITIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6555. RASHEED-BEY *v.* DEBRUYN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6630. MURPHY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.